IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Clifton Anderson and Richard Stoerkel, ) | C/A No.: 3:10-cv-2547-JFA |
| ) | |
| Plaintiffs, ) | ORDER FOR SUBMISSION |
| vs. ) | OF DISCOVERY STATUS REPORT |
| ) | |
| City of Camden, Lt. Mike Stone, Kershaw ) | |
| County, Peggy Spivey, and Bobbie Bullington, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Each party to this action is requested to complete and file with the Clerk the attached Discovery Status Report within fourteen (14) days from the date of this order.[1]

IT IS SO ORDERED.

February 7, 2011                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                         United States District Judge

---

[1] The Discovery Status Report called for by this order takes the place of the Discovery Telephone Status Call referenced in the court's scheduling order.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

|  |  |  |  |
|---|---|---|---|
|  | ) | C/A No.: |  |
|  | ) |  |  |
| Plaintiffs, | ) |  |  |
| vs. | ) | DISCOVERY STATUS REPORT |  |
|  | ) |  |  |
|  | ) |  |  |
| Defendants. | ) |  |  |
|  | ) |  |  |
| _____ | ) |  |  |

Party Submitting Report:_____

1. Are the parties on track to complete discovery on or before the discovery deadlines set forth in the most current scheduling order?

   ❒ Yes
   ❒ No

2. Indicate the date on which the first set of interrogatories were (or will be) served on your opponent:_____

3. Indicate the date on which the first deposition was (or will be) scheduled:
   _____

4. Indicate what discovery remains to be completed in this case:
   _____
   _____
   _____

Date:_____         _____
                                Signature

                                _____
                                Printed Name and Fed. Bar No.

                                _____
                                Party Represented